**Motion Granted and Order filed December 20, 2012**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-01148-CV
_____

### IN RE VAN, Relator

---

**55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-72839**

---

## ORDER

On December 20, 2012, relator filed a petition for writ of mandamus and emergency motion for temporary relief. *See* Tex. Gov't Code Ann. § 22.221. Relator asks this Court to order The Honorable Jeff Shadwick, Judge of the 55th District Court, Harris County, Texas, to set aside his order dated December 18, 2012, entered in trial court cause number 2012-72839, styled *In Re Ray Immonen*. Relator claims the trial court abused its discretion in granting Ray Immonen's petition to take deposition before suit.

It appears from the facts stated in the petition that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate

temporary relief is granted.  *See* Tex. R. App. p. 52.8(b), 52.10.  Relator's motion for temporary relief is granted.

We therefore ORDER the December 18, 2012, order of the court below be stayed in trial court cause number 2012-72839, styled *In Re Ray Immonen*.  Such order is stayed until final decision by this Court of relator's petition for writ of mandamus, or until further orders of this Court.

Ray Immonen, the real party in interest, is requested to file a response to the petition on or before 9:00 am on Friday, December 21, 2012.


PER CURIAM

Panel consists of Justices Frost, Christopher, and Jamison.